[Dodsmdef] [Dismissing for Deficiencies]

ORDERED.

**Dated: June 11, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 6:18−bk−03235−KSJ
                                                                                          Chapter 7
Thomas Kevin Nicholson

_____Debtor*_____/

ORDER DISMISSING CASE

   THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by June 8, 2018 . The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate order of the Court.

   Full filing fee not paid.

   Accordingly, it is **ORDERED:**

   1. The case is dismissed without a discharge.

   2. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

   3. If the Debtor(s) files a motion for relief from this Order within the 14−day period, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against co−debtor by 11 U.S.C. § 1301 will remain in full force and effect until the Court rules on the Motion as filed.

   4. All pending hearings are cancelled with the exception of any currently scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.

   5. The Debtor shall immediately pay to the Clerk, U.S. Bankruptcy Court, $ 335.00, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930.

   6. The Trustee is discharged from any further duties.

Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.