ORDERED.

Dated:  June 15, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| THOMAS KEVIN NICHOLSON, ) | Case No. 6:18-bk-03235-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### ORDER VACATING ORDER DISMISSING CASE

This case came before the Court on its own Motion. On June 11, 2018, the Court entered an Order Dismissing Case for Failure to Pay Filing Fee (Doc. No. 8) (the "Order") in error. Accordingly, it is

**ORDERED** that the Order (Doc. No. 8) is **VACATED.**

###

The Clerk is directed to serve a copy of this order on all interested parties.

1